# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3586
_____

KIMBERLY BRINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

October 16, 2018

PER CURIAM.

Appellant seeks review of an order denying postconviction relief rendered by filing with the clerk of the lower tribunal on June 12, 2017. Fla. R. App. P. 9.020(i). The notice of appeal, filed on July 25, 2018, failed to invoke the Court's jurisdiction in a timely manner. Fla. R. App. P. 9.140(b)(3). Accordingly, the appeal is dismissed. Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kimberly Brinson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.